UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-04575-SSC Date: November 24, 2026

Title Guibin Liang v. James Janecka, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order Directing Respondents to File Bond Hearing Transcript**

On August 26, 2026, the Court ordered Respondents to file a copy of any transcript from the August 11, 2026 hearing. (ECF 9.) On September 2, 2026, Respondents filed a transcript. (ECF 10-1.) The transcript provided does not include the immigration judge's decision, which decision seems to be redacted. (*Id.* at 8. ("Judge renders oral decision").)

The Court ORDERS Respondents to file no later than **November 30, 2026**, a copy of any transcript from the August 11, 2026 hearing which includes the immigration judge's decision. If no such hearing transcript is available, Respondents should state the reasons why no transcript exists or cannot be provided.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04575-SSC Date: November 24, 2026

Title Guibin Liang v. James Janecka, et al.

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**